```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 23898
   SAMIR TALIYA
   KASSANDRA TALIYA                           CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER
           Debtor
   SSN XXX-XX-3539     SSN XXX-XX-9142

-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 12/19/2007 and was confirmed 02/20/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 01/14/2009.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
-----------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED         7954.20          .00         125.48
DISCOVER FINANCIAL SERVI  UNSECURED        11785.11          .00         185.90
CITIMORTGAGE              CURRENT MORTG        .00           .00            .00
CITIGROUP INC             CURRENT MORTG        .00           .00            .00
FLETCHER JONE VOLKSWAGEN  SECURED VEHIC        .00           .00            .00
FLETCHER JONE VOLKSWAGEN  UNSECURED            .00           .00            .00
ECAST SETTLEMENT CORP     UNSECURED         8119.33          .00         171.88
ECAST SETTLEMENT CORP     UNSECURED        14385.75          .00         307.54
ECAST SETTLEMENT CORP     UNSECURED        29432.03          .00         629.99
CHAMS WOMENS HEALTH CARE  UNSECURED        NOT FILED         .00            .00
CITIFINANCIAL RETAIL SVC  UNSECURED        NOT FILED         .00            .00
ECAST SETTLEMENT CORP     UNSECURED         4274.77          .00          83.92
ECAST SETTLEMENT CORP     UNSECURED         4860.81          .00          76.67
ECAST SETTLEMENT CORP     UNSECURED        15065.81          .00         237.67
ILLINOIS BONE & JOINT IN  UNSECURED        NOT FILED         .00            .00
SEARS CREDIT CARDS        UNSECURED        NOT FILED         .00            .00
QUERREY & HARROW          DEBTOR ATTY          .00                          .00
TOM VAUGHN                TRUSTEE                                        153.15
DEBTOR REFUND             REFUND                                           7.80

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  1,980.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                       1,819.05
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                              153.15
DEBTOR REFUND                                       7.80

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 23898 SAMIR TALIYA & KASSANDRA TALIYA
```

```
                                   ---------------        ---------------
TOTALS                                   1,980.00              1,980.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
 Dated: 03/17/09                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```